Brian **BERRY**, Jermario Anderson, Reginald Trammon, Edwyn Durant, Plaintiffs–Appellees,

v.

**ORANGE COUNTY, et al., Defendants,**

which any party is more responsible than other parties for the reference to a master."

Travis Leslie, Deputy, Keith Vidler, Corporal, in his Individual Capacity, Defendants–Appellants.

No. 13–14092.

United States Court of Appeals, Eleventh Circuit.

Nov. 19, 2014.

Shayan H. Modarres, Jackson & Modarres, Natalie Jackson, Women's Trial Group, Orlando, FL, for Plaintiffs–Appellees.

Bruce Robert Bogan, Deborah Irene Mitchell, Melissa Jean Sydow, Hilyard Bogan & Palmer, PA, Linda Brehmer Lanosa, Central Florida Expressway Authority, Jeanelle Glover Bronson, Grower Ketcham Rutherford Bronson Eide & Telan, PA, Robert D. Keough, Keough & Dubose, PA, Orlando, FL, Ramon Vazquez, Philip J. Wallace, Grower Ketcham Rutherford Bronson Eide & Telan, PA, Maitland, FL, for Defendants–Appellants.

Before ED CARNES, Chief Judge, TJOFLAT, HULL, MARCUS, WILSON, WILLIAM PRYOR, MARTIN, JORDAN, ROSENBAUM, JULIE CARNES, and JILL PRYOR, Circuit Judges.

BY THE COURT:

A petition for rehearing en banc having been filed, a member of this Court in active service having requested a poll on whether this case should be reheard en banc, and a majority of the judges of this Court in active service having voted in

Fed.R.Civ.P. 53(g)(3).

favor of granting rehearing en banc, it is ORDERED that this case will be reheard en banc. The panel's opinion is VACATED.